<hr/>

58 A.3d 1243

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andre STATON, Petitioner.**

**No. 178 EM 2012.**

Supreme Court of Pennsylvania.

Nov. 20, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**